# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

LUZ Z. MORALES-MELECIO ET AL.,

   Plaintiffs,

         v.

UNITED STATES OF AMERICA,

   Defendant.

**Civil No. 13-1311 (SEC)**

## ERRATA SHEET

The opinion of this Court issued on June 3, 2016, Docket # 268, is amended as follows:

On page four, lines 18-19, "for or injury or loss of property…" is changed to "for injury or loss of property…".